IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIAM CREIGHTON GOSS**                                                           **PLAINTIFF**

**VS.**                                          Civil Action No: 3-14-CV-00734-CWR-LRA

**SMITH AND NEPHEW, INC.**                                                        **DEFENDANT**

### STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, William Creighton Goss, and files this Stipulation of Dismissal pursuant to *Federal Rule of Civil Procedure* 41 (a) (ii), and would state as follows: The Plaintiff hereby dismisses this case without prejudice.

This the 1st day of December, 2014

By: *s/ S. Ray Hill, III*
**S. RAY HILL, III, MSB NO. 100088**
CLAYTON O'DONNELL, PLLC
Post Office Box 676
Oxford, MS 38655
*Attorney for Plaintiff*

*STIPULATED AND AGREED:*

By: *s/ Kathryn K. Van Namen*
**KATHRYN K. VAN NAMEN, MSB NO. 104079**
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
*Attorney for Defendant*